IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JONATHAN BLANTON,      * <br>    PLAINTIFF, | <br> CIVIL ACTION NO. |
| v.                     * | <br> 4:15-CV-00059 (CDL) |
| GRAND OAKS PROPERTIES, INC.   * <br> And BAXTER EDWARDS, <br>   Individually, <br>    DEFENDANTS         * | |

## **MUTUAL DISMISSAL WITH PREJUDICE**

COME NOW the parties by and through counsel and file their stipulated Dismissal with Prejudice of Plaintiff's Claim and Defendants' Counterclaim in the above captioned matter.

The parties respectfully show the Court that the foregoing matters are predicated on marginal liability as determined through discovery and no payment is forthcoming by either to the other. Each party shall be responsible for payment of his/its own attorney's fees and costs.

This 28th day of July, 2016.

| | |
|---|---|
| _/s/ Richard E. Flowers_ | /s/ John w. Roper |
| Richard E. Flowers, Esq. | John W. Roper, Esq. |
| Richard E. Flowers, P.C. | The Roper Law Firm |
| P.O. Box 2571 | 5353 Veterans Parkway |
| Columbus, GA 31902 | Suite D |
| (706) 596-8100 | Columbus, GA 31904 |
| E-mail: ricklaw@bellsouth.net | (706) 596-5353 |
| Ga. Bar No. 266122 | E-mail: johnroper@roperlaw.com |
| | Ga. Bar No. 614159 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, I electronically filed the foregoing:

**MUTUAL DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Richard E. Flowers, Esq.
>Richard E. Flowers, P.C.
>P.O. Box 2571
>Columbus, Georgia 31902
>(706) 596-8100
>E-mail: ricklaw@bellsouth.net

>*/s/ John W. Roper*
>John W. Roper
>Georgia Bar No. 614159
>*Attorney for Plaintiff*